NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CALIFORNIA HUMAN DEVELOPMENT CORPORATION,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2009-5116

---

Appeal from the United Stated Court of Federal Claims in case no. 05-CV-1029, Judge Mary Ellen Coster Williams.

---

**JUDGMENT**

---

GARY C. ADLER, Roetzel & Andress, LPA, of Washington, DC, argued for plaintiff-appellant. Of counsel was CRAIG A. KOENIGS.

ROBERT C. BIGLER, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were TONY

WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and BRYANT G. SNEE, Deputy Director.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, C*hief Judge*, LINN, and PROST, *Circuit Judges*.

**AFFIRMED.** *See* **Fed. Cir. R. 36.**


ENTERED BY ORDER OF THE COURT


| June 9, 2010 | /s/ Jan Horbaly |
|---|---|
| Date | Jan Horbaly |
| | Clerk |